01

02

03

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,            )
                                     )
        Plaintiff,                   )
                                     )      Case No.  05-348M
        v.                           )
                                     )
ELMER J. CLARK,                      )      DETENTION ORDER
                                     )
        Defendant.                   )
_____  )

Offense charged:  Felon in possession of a firearm— armed career criminal, in violation of 18

U.S.C. §§ 922(g)(1) and 924(e).

Date of Detention Hearing:  July 14, 2005

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

that no condition or combination of conditions which defendant can meet will reasonably assure

the appearance of defendant as required and the safety of other persons and the community.

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

        (1)      The Pretrial Services Report of July 14, 2005, reveals that defendant has a lengthy

criminal record history of numerous offenses beginning in March of 1979.

        (2)      Defendant is associated with five alias names and three social security numbers.

        (3)      Defendant is viewed as a risk of danger due to his criminal history and the nature

DETENTION ORDER                                                                    15.13
18 U.S.C. § 3142(i)                                                                Rev. 1/91
PAGE 1

01 of the pending charge.

02 (4) There appear to be no conditions or combination of conditions that will

03 reasonably assure the defendant's appearance at future Court hearings.

04 (5) Defendant has stipulated to detention.

05 IT IS THEREFORE ORDERED:

06 (1) Defendant shall be detained pending trial and committed to the custody of the

07 Attorney General for confinement in a correction facility separate, to the extent

08 practicable, from persons awaiting or serving sentences or being held in custody

09 pending appeal;

10 (2) Defendant shall be afforded reasonable opportunity for private consultation with

11 counsel;

12 (3) On order of a court of the United States or on request of an attorney for the

13 government, the person in charge of the corrections facility in which defendant

14 is confined shall deliver the defendant to a United States Marshal for the purpose

15 of an appearance in connection with a court proceeding; and

16 (4) The Clerk shall direct copies of this Order to counsel for the United States, to

17 counsel for the defendant, to the United States Marshal, and to the United States

18 Pretrial Services Officer.

19

    DATED this 15th day of July, 2005.

20

21

22                                                    JAMES P. DONOHUE
                                                      United States Magistrate Judge
23

24

25

26