JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 05-289 Z |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| v. ) | STIPULATION TO CONTINUE |
| ) | PRETRIAL MOTIONS DUE DATE AND |
| ELMER JAY CLARK, ) | TRIAL DATE |
| Defendant. ) | |
| ) | |

THE COURT having considered the stipulation of the parties, the records and files herein, including, but not limited to the Defendant's agreement to extend the time for trial, and hereby makes the following findings of fact:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case and that a continuance is necessary to insure effective trial preparation and that these factors outweigh the bests interests of the public in a more speedy trial within the meaning of 18 U.S.C. § 3161(h)(8)(A).

(PROPOSED) ORDER GRANTING STIP
CONTINUING DUE DATE OF PTM's
(*Elmer Clark;* #05-289Z)                1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

IT IS THEREFORE ORDERED that the time within which pretrial motions must be filed in this case is extended from September 16, 2005 to October 28, 2005.

IT IS FURTHER ORDERED that the trial date be continued from October 3, 2005, to December 5, 2005.

IT IS FURTHER ORDERED that the period of time from the current trial date of October 3, 2005, up to and including the new proposed trial date of December 5, 2005, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161, *et. seq*.

DONE this 13th day of September, 2005.

/s/ Thomas S. Zilly
Thomas S. Zilly
United States District Judge

Presented by:

s/ Jennifer E. Wellman
WSBA No. 29193
Attorney for Elmer Jay Clark
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA   98101
Phone:   (206) 553-1100
Fax:      (206) 553-0120
jennifer_wellman@fd.org


s/ Andrew Colasurdo
Assistant United States Attorney
*Telephonic Approval*

(PROPOSED) ORDER GRANTING STIP
CONTINUING DUE DATE OF PTM's
(*Elmer Clark;* #05-289Z)            2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**