DISTRICT COURT JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 05-289 Z |
| Plaintiff, ) | ORDER GRANTING DEFENSE MOTION TO COMPEL EXAMINATION AND PRODUCTION OF PERSONNEL AND EMPLOYMENT FILES OF TESTIFYING AGENTS AND GOVERNMENT EMPLOYEES |
| vs. ) | |
| ELMER JAY CLARK, ) | |
| Defendant. ) | |

THE COURT having considered the motion to compel the government to examine the personnel files of all government agents and employees who the government intends to call as witnesses in this case, any and all supporting documents, the memoranda filed in response by the government, arguments of counsel and the records and files herein, the Court hereby makes the following findings:

1. Under *Brady v. Maryland*, 373 U.S. 83 (1963), the government must disclose all exculpatory evidence in its possession, including any evidence that may cast doubt on the credibility of its witnesses.

2. Under *United States v. Henthorn*, 931 F.2d 29 (9th Cir. 1991), the government has a duty, upon defendant's request for production, to inspect for material information the personnel records of federal law enforcement officers who will testify at trial, regardless of whether the defense has made a showing of materiality. Following examination of such files by the

(PROPOSED) ORDER GRANTING
MOTION TO COMPEL EXAM
OF PERSONNEL FILES
(*Elmer Clark;* #05-289Z)                    1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

government, any information contained in them which is material to a fair trial must be produced to the defense.

3. The Court further finds that the defense has timely requested production of material information from the personnel and employment files of any and all law enforcement officers who will testify at trial. However, to date, the government has failed to conduct the requisite examination of those files. Thus, the ends of justice will be served by ordering the government to examine the personnel and employment files of all law enforcement agents and/or employees who will testify.

IT IS THEREFORE ORDERED that the government representative(s) shall examine all personnel and employment files of testifying law enforcement officers in this case.

IT IS FURTHER ORDERED that upon the completion of such examination, the government shall disclose to the defense all information that is material to the preparation fo the defense or the adjudication of the issues at trial no later than November 17, 2005.

IT IS FURTHER ORDERED that the government shall prepare a report to the Court indicating that such examination has been completed, or indicating that such examination has not been completed and the reasons for its failure to do so no later than November 17, 2005.

DONE this <u>10th</u> day of November, 2005.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Presented by:
s/ Jennifer E. Wellman
WSBA No. 29193
Attorney for Elmer Jay Clark
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA   98101
Phone:   (206) 553-1100
Fax:        (206) 553-0120
jennifer_wellman@fd.org

(PROPOSED) ORDER GRANTING
MOTION TO COMPEL EXAM
OF PERSONNEL FILES
(*Elmer Clark;* #05-289Z)                                    2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**